# REMOVAL TO FEDERAL COURT

## __STATE COURT RECORD__

STATE OF INDIANA

Marion Superior Court

49D01-2107-CT-024567

SHERLYNN JOHNSON

v.

IVAN TROXEL and UW PROVISION TRANSFER, LLC

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Sherlynn Johnson v. Ivan Troxel, UW Provision Transfer, LLC

| | |
|---|---|
| Case Number | 49D01-2107-CT-024567 |
| Court | Marion Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 07/21/2021 |
| Status | 07/21/2021 , Pending  (active) |

## Parties to the Case

Defendant   Troxel, Ivan

Address
501 Rhyner Road
Albany, WI 53502

Attorney
Robert R. Foos
*#2088545, Retained*

LEWIS & WAGNER, LLP
1411 Roosevelt Ave, Ste 102
Indianapolis, IN 46201
317-237-0500(W)

Defendant   UW Provision Transfer, LLC

Address
c/o Business Filings, Inc., CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

Attorney
Robert R. Foos
*#2088545, Retained*

LEWIS & WAGNER, LLP
1411 Roosevelt Ave, Ste 102
Indianapolis, IN 46201
317-237-0500(W)

Plaintiff   Johnson, Sherlynn

Attorney
Rom Byron
*#2126849, Retained*

Ken Nunn Law Office
104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

07/21/2021   **Case Opened as a New Filing**

| | | |
|---|---|---|
| 07/22/2021 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint for Damages | |
| | Filed By: | Johnson, Sherlynn |
| | File Stamp: | 07/21/2021 |

| | | |
|---|---|---|
| 07/22/2021 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Johnson, Sherlynn |
| | File Stamp: | 07/21/2021 |

| | | |
|---|---|---|
| 07/22/2021 | **Subpoena/Summons Filed** | |
| | Summons to Ivan Troxel | |
| | Filed By: | Johnson, Sherlynn |
| | File Stamp: | 07/21/2021 |

| | | |
|---|---|---|
| 07/22/2021 | **Subpoena/Summons Filed** | |
| | Summons to UW Provision Transfer, LLC | |
| | Filed By: | Johnson, Sherlynn |
| | File Stamp: | 07/21/2021 |

| | | |
|---|---|---|
| 08/05/2021 | **Appearance Filed** | |
| | Appearance of Robert R. Foos, Jr. | |
| | For Party: | Troxel, Ivan |
| | For Party: | UW Provision Transfer, LLC |
| | File Stamp: | 08/05/2021 |

| | | |
|---|---|---|
| 08/05/2021 | **Jury Trial Demand Filed** | |
| | Jury Demand | |
| | Filed By: | Troxel, Ivan |
| | Filed By: | UW Provision Transfer, LLC |
| | File Stamp: | 08/05/2021 |

| | | |
|---|---|---|
| 08/05/2021 | **Motion for Enlargement of Time Filed** | |
| | Motion for Enlargement of Time to File Responsive Pleading | |
| | Filed By: | Troxel, Ivan |
| | Filed By: | UW Provision Transfer, LLC |
| | File Stamp: | 08/05/2021 |

| | | |
|---|---|---|
| 08/05/2021 | **Order Granting Motion for Enlargement of Time** | |
| | Order Granting Enlargement of Time to File Responsive Pleading | |
| | Judicial Officer: | Marchal, Jeffrey L. - MAG |
| | Noticed: | Byron, Rom |
| | Noticed: | Foos, Robert R. |
| | Order Signed: | 08/05/2021 |

| | | |
|---|---|---|
| 08/06/2021 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 8/5/2021 : Robert R. Foos;Rom Byron | |

| | | |
|---|---|---|
| 08/06/2021 | **Order Issued** | |
| | Order requesting CMO. | |
| | Judicial Officer: | Welch, Heather A |
| | Order Signed: | 08/06/2021 |

08/07/2021 **Automated ENotice Issued to Parties**
Order Issued ---- 8/6/2021 : Robert R. Foos;Rom Byron

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Johnson, Sherlynn

Plaintiff

### Balance Due (as of 08/20/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/22/2021 | Transaction Assessment | 157.00 |
| 07/22/2021 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

STATE OF INDIANA )          IN THE MARION SUPERIOR COURT
                 ) SS:
COUNTY OF MARION )          CAUSE NO.

SHERLYNN JOHNSON

     VS.

IVAN TROXEL and
UW PROVISION TRANSFER, LLC

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Sherlynn Johnson, by counsel, Rom Byron of Ken Nunn Law Office, and for her cause of action against the Defendants, Ivan Troxel and UW Provision Transfer, LLC, alleges and states as follows:

## STATEMENT AND JURISDICTION

1.    This is a clear liability collision in which Defendants' 2017 Kenworth tractor cab was negligently driven by Ivan Troxel, causing a collision with the vehicle driven by Plaintiff, Sherlynn Johnson.  As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage including, but not limited to, diminished value, and other expenses in an amount to be proven at trial of this cause.

2.    Jurisdiction and venue are appropriate in Marion County, Indiana, as said collision occurred within the boundaries of Marion County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF IVAN TROXEL

3.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4.    On or about March 1, 2021, Defendant Ivan Troxel negligently drove a tractor cab, striking the vehicle driven by Plaintiff, Sherlynn Johnson.

5.    Defendant Ivan Troxel had a duty to operate his tractor trailer in a safe and reasonable manner.

6.     Defendant Ivan Troxel failed in the above mentioned duties and is therefore negligent.

7.     Defendant Ivan Troxel's negligence was the direct and proximate cause of Plaintiff's injuries.

8.     Plaintiff Ivan Troxel's injuries and damages are permanent.

9.     As a direct and proximate result of Ivan Troxel's negligence, Sherlynn Johnson has suffered lost wages.

10.    Plaintiff, Sherlynn Johnson, has incurred medical bills for the treatment of her injuries directly resulting from this collision.

11.    As a direct and proximate result of Ivan Troxel's negligence, Sherlynn Johnson has experienced physical and mental pain and suffering, lost wages, property damage including, but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF IVAN TROXEL

12.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13.    Ivan Troxel violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14.    Defendant Ivan Troxel's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15.    Defendant Ivan Troxel is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF UW PROVISION TRANSFER, LLC

16.    Plaintiff realleges and incorporates herein by reference paragraphs 1

through 15 above as if fully restated verbatim.

17.    Defendant Ivan Troxel was the employee, agent, servant, or independent contractor for UW Provision Transfer, LLC.  Accordingly, UW Provision Transfer, LLC is vicariously liable for the acts of Defendant Ivan Troxel for the causes of action above.

WHEREFORE, the Plaintiff, Sherlynn Johnson, by counsel Rom Byron of Ken Nunn Law Office, demands judgment against the Defendants, Ivan Troxel and UW Provision Transfer, LLC for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY:    *s/ Rom Byron*
       Rom Byron, #21268-49
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: romb@kennunn.com

## **REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY:     *s/ Rom Byron*
        Rom Byron, #21268-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: romb@kennunn.com


Rom Byron, #21268-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Sherlynn Johnson

Plaintiff(s)

VS.                                                           No. _____

Ivan Troxel and UW Provision Transfer, LLC

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **UW Provision Transfer, LLC c/o Business Filings, Inc., CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: __7/22/2021__                                    _Myla A. Eldridge_____

ROM BYRON, #21268-49                          CLERK, MARION CIRCUIT/SUPERIOR COURTS
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2021.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX          By certified or registered mail with return receipt to above address.

☐           By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐           By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐           By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:___ _s/ ROM BYRON_____
ATTORNEY FOR PLAINTIFF


MARION COUNTY COURTS
SEAL

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2021.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2021, and that a copy of the return of receipt was received by me on the _____ day of _____, 2021, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ __, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2021.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2021, and I served the same on the __ day of _____, 2021.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2021 to _____his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2021.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2021 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2021 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees:  $_____

_____
SHERIFF or DEPUTY

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Sherlynn Johnson

Plaintiff(s)

VS.                                                    No. _____

Ivan Troxel and UW Provision Transfer, LLC

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Ivan Troxel, 501 Rhyner Road, Albany, WI 53502**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 7/22/2021
_____                          _____
                                            CLERK, MARION CIRCUIT/SUPERIOR COURTS

ROM BYRON, #21268-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2021.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐       By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐       By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐       By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:   *s/ ROM BYRON*
_____
ATTORNEY FOR PLAINTIFF

SEAL — MARION COUNTY COURTS — INDIANA

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2021.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2021, and that a copy of the return of receipt was received by me on the _____ day of _____, 2021, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ __, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2021.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2021, and I served the same on the __ day of _____, 2021.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ th e dwelling house or usual place of abode of defendant:_____(Nam e of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2021 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2021.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2021 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2021 for each of the within named defendant(s)_____ _____, a c opy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a p erson of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____ at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Sherlynn Johnson<br>1832 N Post Road<br>Indianapolis, IN 46219 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Rom Byron #21268-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE:      812 332-9451<br>FAX:           812 331-5321<br>Email: rom@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

 s/Rom Byron
Attorney-at-Law
(Attorney information shown above.)

Filed: 8/5/2021 10:45 AM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| SHERLYNN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  49D01-2107-CT-024567 |
| v. | ) | |
| | ) | |
| IVAN TROXEL and UW PROVISION | ) | |
| TRANSFER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating _____   Responding _X_   Intervening _____

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

## IVAN TROXEL and UW PROVISION TRANSFER, LLC

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**Robert R. Foos, Jr.**                        **Attorney No. 20885-45**
LEWIS WAGNER, LLP                      Phone: (317) 237-0500
1411 Roosevelt Avenue, Suite 102        Fax:   (317) 630-2790
Indianapolis, IN  46201                    rfoos@lewiswagner.com

**IMPORTANT**:  Each attorney specified on this appearance:
(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      There are other party members: Yes _____  No  _X_  (If yes, list on continuation page.)

4.      *If first initiating party filing this case,* the Clerk is requested to assign the case the
        following Case Type under Administrative Rule 8(b)(3): ___N/A___

5.      I will accept service by fax at the above noted number: Yes _____  No _X__
        Counsel would represent to the court that fax service is acceptable in emergency
        situations.

6.      This case involves support issues.  Yes _____  No _X_  (If yes, supply social security
        numbers for all family members on continuation page.)

7.      There are related cases. Yes _____  No _X_  *(If yes, list* on continuation page.)

8.      This form has been served on all other parties.  Certificate of Service is attached.
        Yes _X_    No _____

9.      Additional information required by local rule:_____


                                **LEWIS WAGNER, LLP**



                        By:     */s/ Robert R. Foos, Jr._____*
                                ROBERT R. FOOS, JR., #20885-45
                                ***Counsel for Defendants***


2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
romb@kennunn.com
***Counsel for Plaintiff***

By: *<u>/s/ Robert R. Foos, Jr.</u>*
ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:      317-237-0500
Facsimile:      317-630-2790
rfoos@lewiswagner.com

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | |
|---|---|
| SHERLYNN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.:  49D01-2107-CT-024567 |
| v. | ) |
| | ) |
| IVAN TROXEL and UW PROVISION | ) |
| TRANSFER, LLC, | ) |
| | ) |
| Defendants. | ) |

## **JURY DEMAND**

Defendants, Ivan Troxel and UW Provision Transfer, LLC, by counsel, pursuant to Trial

Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully request that this cause of action

be tried by a jury.

LEWIS WAGNER, LLP

By:    */s/ Robert R. Foos, Jr.*_____
      ROBERT R. FOOS, JR., #20885-45
      ***Counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
romb@kennunn.com
***Counsel for Plaintiff***

By: *<u>/s/ Robert R. Foos, Jr.</u>*
    ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:     317-630-2790
rfoos@lewiswagner.com

Filed: 8/5/2021 10:45 AM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

SHERLYNN JOHNSON,                    )
                                     )
            Plaintiff,               )
                                     )   CAUSE NO.:   49D01-2107-CT-024567
      v.                             )
                                     )
IVAN TROXEL and UW PROVISION         )
TRANSFER, LLC,                       )
                                     )
            Defendants.              )

**DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSIVE PLEADING**

Defendants, Ivan Troxel and UW Provision Transfer, LLC, by counsel, move the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including September 20, 2021, and in support thereof would show the Court as follows:

1.      That a responsive pleading is due on or about August 20, 2021 and said time has not expired.

2.      No prior enlargements of time have been requested.

3.      Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response.

WHEREFORE, Defendants, by counsel, prays for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, through and including September 20, 2021, and for all other just and proper relief in the premises.

LEWIS WAGNER, LLP

By:    */s/ Robert R. Foos, Jr.*_____
       ROBERT R. FOOS, JR., #20885-45
       ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
romb@kennunn.com
***Counsel for Plaintiff***

By: */s/ Robert R. Foos, Jr.*
    ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
Facsimile:    317-630-2790
rfoos@lewiswagner.com

2

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

SHERLYNN JOHNSON,         )
                                      )
          Plaintiff,        )
                                      )  CAUSE NO.:  49D01-2107-CT-024567
      v.                     )
                                      )
IVAN TROXEL and UW PROVISION  )
TRANSFER, LLC,          )
                                      )
          Defendants.      )

F I L E D

August 5, 2021

CLERK OF THE COURT
MARION COUNTY
DB

## **ORDER**

Defendants, Ivan Troxel and UW Provision Transfer, LLC, by counsel, file herein their Motion for Enlargement of Time in which to respond to Plaintiff's Complaint for Damages and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants, Ivan Troxel and UW Provision Transfer, LLC, are granted a period of time through and including September 20, 2021, in which to answer or otherwise respond to Plaintiff's Complaint for Damages and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint.

Dated: **August 5, 2021**

_____ Mag.

JUDGE, MARION COUNTY SUPERIOR COURT

Distribution:


Robert R. Foos, Jr.                    Rom Byron
LEWIS WAGNER, LLP                      KEN NUNN LAW OFFICE
1411 Roosevelt Avenue, Suite 102       104 South Franklin Road
Indianapolis, IN 46201                 Bloomington, IN 47404
rfoos@lewiswagner.com                  romb@kennunn.com

STATE OF INDIANA    )      IN THE MARION SUPERIOR COURT
                    ) SS:
COUNTY OF MARION    )      CAUSE NO. 49D01-2107-CT-024567


|  |  |
|---|---|
| SHERLYNN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) |
| | ) |
| IVAN TROXEL and UW PROVISION TRANSFER, LLC. | ) |
| | ) |
| Defendants, | ) |

F I L E D

August 6, 2021
CLERK OF THE COURT
MARION COUNTY
JL

## <u>ORDER</u>

The Court hereby ORDERS the parties to submit an agreed Case Management Order within 45 days of the date of this order.  If the parties cannot agree upon a Case Management Order a Case Management Conference shall be requested.

SO, ORDERED _____**August 6, 2021**_____


_Heather A. Welch_
_____
Heather Welch, Judge,
Marion County Superior Court
Civil Division, Room 1


Distribution:

ATTORNEYS OF RECORD